UNITED STATES of America, Plaintiff—Appellee,

v.

Germain GOYCOOLEA, Defendant— Appellant.

No. 02–50074.

D.C. No. CR–01–02172–JNK.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 20, 2002.

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

MEMORANDUM**

Germain Goycoolea appeals his conviction by guilty plea and the 24–month sentence imposed for conspiracy to distribute marijuana in violation of 21 U.S.C. §§ 846 and 841(a)(1). Goycoolea's contention that the indictment should be dismissed because the federal drug statutes are unconstitutional under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000) is foreclosed by *United States v. Buckland,* 277 F.3d 1173, 1177 (9th Cir. 2002) (en banc). His contention that the indictment should be dismissed because it

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

did not allege mens rea as to drug type and quantity is foreclosed by *United States v. Carranza*, 289 F.3d 634, 644 (9th Cir.2002).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

